UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 30, 2016
BCO-123

No. 16-2736

JANICE LEE; BON HYUB KOO; R.J.M.K, Minor;
HONG SEA LEE; YOON SOON LEE,
Appellants

v.

TMZ PRODUCTIONS INC; DAILY NEWS LP; JOSEPH STEPANSKY;
ERIK BADIA; CORKY SIREMASZKO; DAVID HANDSCHUH; SHOWBIZ NEWS;
THE KOREA TIMES; CHEON JI HUN; UPTOWN MAGAZINE; NATALI RIVERS;
ROLLINGOUT; TERRY SHROPSHIRE; DIRTY SPORTS; CHURCH ILBO;
YOUR DAILY MEDIA; MAMO; ALL THINGS CRIME; TIGERDROPPINGS;
JOHN DOES; JANE DOES 13-15; DAILY MAIL; SEOUL NEWS; IMBC INC;
MBC INC; LEE UN JOO, NEWS; MUNHWAI.COM; CHANNEL A INC.;
SPORTALL KOREA; K-AMERICAN POST; YTN NEWS; MALAYSIA
CHRONICLE; PAGESAY.COM; HEADLINES 365; JOHN AND JANE DOES 1-35

(D.N.J. No. 2-15-cv-00234)

Present:  KRAUSE, SCIRICA and FUENTES, Circuit Judges

1. Motion by Appellee Daily News LP for Summary Action; and

2. Appellants' Response in Opposition

3. Reply by Appellee to Response

                  Respectfully,
                  Clerk/cjg

_____ORDER_____
The foregoing motion for summary action is denied.


                  By the Court,

                  s/Anthony J. Scirica
                  Circuit Judge

Dated: October 20, 2016

CJG/cc:	Jared A. Geist, Esq.
	Sean M. McChesney, Esq.
	Venkat Balasubramani, Esq.
	Jay W. Brown, Esq.
	Bruce S. Rosen, Esq.
	Tom J. Ferber, Esq.
	Michael S. Kimm, Esq.
	Adam Garcia, Esq.